IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| GARY ENGLAND, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| VS. | ) ) ) | NO. CV 88-4098-PMF |
| JOY MANUFACTURING COMPANY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**FRAZIER, Magistrate Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: December 5, 2007.**

                                             **NORBERT G. JAWORSKI, CLERK**

**APPROVED:** *s/Philip M. Frazier*                By:s/Deborah Agans, Deputy Clerk
**PHILIP M. FRAZIER,**
**U. S. MAGISTRATE JUDGE**